UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00332-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. ROBERTO GARCIA-MALTOS,

    Defendant.

---

**ORDER**

---

    A Notice of Disposition was filed as to Defendant Roberto Garcia-Maltos in the above matter on October 5, 2008. In light of the Notice of Disposition, Defendant Garcia-Maltos' Motions to Suppress (Doc. # 39 and 40) are denied as moot. A Change of Plea hearing is set for **Friday, October 31, 2008, at 3:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.**

    Dated: October 6, 2008