IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00332-WYD-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS ALBERTO GONZALEZ-MARTINEZ,
2. MARCO ANTONIO CANO-CABALLERO, and
3. **ROBERTO GARCIA-MALTOS,**

    Defendants.

## ORDER

    Upon the motion of the United States of America, and for good cause shown, it is

    ORDERED that Government's Motion to Dismiss Count Four of the Indictment [doc. #68], filed November 21, 2008, is **GRANTED.** It is further

    ORDERED that count four of the Indictment in the above-captioned case is **DISMISSED.**

    Dated: December 18, 2008.

                                     BY THE COURT:

                                     s/ Wiley Y. Daniel
                                     WILEY Y. DANIEL
                                     CHIEF UNITED STATES DISTRICT JUDGE